Gibson A. HALL, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 457, 2016

Supreme Court of Delaware.

Submitted: September 20, 2016

Decided: September 29, 2016

Reargument and Rehearing En Banc Denied October 31, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 88004234DI

DISMISSED.

Alex RYLE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 566, 2015

Supreme Court of Delaware.

Submitted: September 14, 2016

Decided: October 11, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1404000692

AFFIRMED.

John E. SCHAFFERMAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 398, 2016

Supreme Court of Delaware.

Submitted: August 11, 2016

Decided: October 11, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1210020297

DISMISSED.